UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | **CV 26-6275 FMO (RAOx)** | Date | **October 27, 2026** |
| Title | **Ruoxi Zhao v. United States Citizenship and Immigration Services** | | |

Present: The Honorable Fernando M. Olguin, United States District Judge

| Vanessa Figueroa | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney Present for Plaintiff: | Attorney Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings: (In Chambers) Order to Show Cause Re: Dismissal**

On October 19, 2026, defendant filed a Notice of Adjudication and Suggestion of Mootness (Dkt. 13, "Notice"). Defendant contends that the United States Citizenship and Immigration Services issued a decision on plaintiff's I-751 Petition on October 9, 2026, and therefore the case is moot and should be dismissed. (See id. at 1). Accordingly, IT IS ORDERED that plaintiff shall, no later than **November 13, 2026**, show cause in writing why this action should not be dismissed on the ground that the case is moot. Failure to comply with this Order may result in the court construing plaintiff's failure to respond as a concession that the action is moot and/or the action being dismissed for failure to prosecute and/or comply with a court order. See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962).

00 : 00

Initials of Preparer vdr